IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )
                             )
        v.                   )        No. 13-4011-01-CR-C-BCW
                             )
JOSE GUADALUPE MACIAS-YANEZ, )
                             )
                 Defendant.  )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J.

Whitworth, to which no objection has been filed, the plea of guilty to the Indictment is now

accepted.    Defendant is adjudged guilty of such offense.    Sentencing will be set by subsequent

order of the court.


                                   _ s/ BRIAN C. WIMES__
                                   JUDGE BRIAN C. WIMES
                                   UNITED STATES DISTRICT COURT

Dated: May 24, 2013